IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:14CR8-RLV-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCUS PARKS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Motion to Correct the Description of a Previously Forfeited Firearm [Doc. 17], filed July 18, 2014.

For the reasons stated in the Government's Motion, and no response being necessary, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Correct the Description of a Previously Forfeited Firearm is **GRANTED**, and the description of the firearm listed in the Consent Order and Judgment of Forfeiture [Doc. 15] is hereby corrected to the following:

Colt Detective Special .38 caliber revolver, serial number d4962r.

**SO ORDERED.**

_____
David S. Cayer
United States Magistrate Judge

1